# Court of Appeals
# of the State of Georgia

ATLANTA, __September 21, 2015__

*The Court of Appeals hereby passes the following order:*

**A16E0009. TONER v. CHAVEZ.**

Walter John Toner, IV has filed in this court an "Emergency Application for Leave to Appeal Interlocutory Order." While Toner's motion purports to be an emergency motion, it does not meet the requirements of Court of Appeals Rule 40 (b). In addition, Toner cannot circumvent the interlocutory procedure by including "Emergency" in the caption of his motion. To appeal from the trial court's interlocutory ruling, Toner was required to obtain a certificate of immediate review and otherwise follow the requirements of Court of Appeals Rule 30 (b) and OCGA § 5-6-34 (b). For these reasons, his motion is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __09/21/2015__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*